**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

United States of America,

               Plaintiff,                   Case 3:21-cr-36

    -vs-                             Magistrate Judge Ovington

Ronnie Allen,

               Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the

parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Drug

Paraphernalia, in violation of the Ohio Revised Code, Section 2925.14(C)(1) and Title 18 of the

United States Code, Sections 7 and 13, made in Count 2 of the Information, is hereby

AMENDED to charge Marijuana Paraphernalia, a violation of the Ohio Revised Code, Section

2925.141 and Title 18 of the United States Code, Sections 7 and 13.

IT IS SO ORDERED.

Date: 7/14/21

_____
Assistant United States Attorney

_____
Sharon L. Ovington
United States Magistrate Judge